# EXHIBIT 1

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

**United States Patent and Trademark Office**

Reg. No. 3,158,285
Registered Oct. 17, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# SPIEGELAW.COM

H. JAY SPIEGEL & ASSOCIATES, P.C. (VIRGINIA CORPORATION)
P.O. BOX 11
MOUNT VERNON, VA 221210011

FOR: LEGAL SERVICES; PROVIDING INFORMATION AT THE SPECIFIC REQUEST OF END-USERS BY MEANS OF TELEPHONE OR GLOBAL COMPUTER NETWORKS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-23-2000; IN COMMERCE 2-23-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-757,666, FILED 11-19-2005.

ANGELA M. MICHELI, EXAMINING ATTORNEY

# EXHIBIT 2

SOLICITOR

AO 120 (Rev. 3/04)

SEP 15 2008

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | U.S. PATENT & TRADEMARK OFFICE | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Virginia__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED 09/12/08 | U.S. DISTRICT COURT Eastern District of Virginia<br>Alexandria Division |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| H. JAY SPIEGEL & ASSOCIATES, P.C.<br><br>Civil Action No. 1:08 cv 949 JCC/ TRJ | STEVEN M. SPIEGEL |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 3,158,285 | 10/17/06 | H. JAY SPIEGEL & ASSOCIATES, P.C. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

SEP 1 2 2008

ALEXANDRIA, VIRGINIA

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Eastern District of Virginia_ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED 09/12/08 | U.S. DISTRICT COURT Eastern District of Virginia Alexandria Division | | |
|---|---|---|---|---|
| **PLAINTIFF** | | **DEFENDANT** | | |
| H. JAY SPIEGEL & ASSOCIATES, P.C. | | STEVEN M. SPIEGEL | | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  3,158,285 | 10/17/06 | H. JAY SPIEGEL & ASSOCIATES, P.C. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | | |
|---|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

## United States Patent and Trademark Office

**Reg. No. 3,158,285**
**Registered Oct. 17, 2006**

### SERVICE MARK
### PRINCIPAL REGISTER

# SPIEGELAW.COM

H. JAY SPIEGEL & ASSOCIATES, P.C. (VIRGINIA CORPORATION)
P.O. BOX 11
MOUNT VERNON, VA 221210011

FOR: LEGAL SERVICES; PROVIDING INFORMATION AT THE SPECIFIC REQUEST OF END-USERS BY MEANS OF TELEPHONE OR GLOBAL COMPUTER NETWORKS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-23-2000; IN COMMERCE 2-23-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-757,666, FILED 11-19-2005.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Side - 1

## NOTICE OF PUBLICATION UNDER §12(a)
### MAILING DATE: Jul 5, 2006
### PUBLICATION DATE:  Jul 25, 2006

The mark identified below will be published in the Official Gazette on Jul 25, 2006.  Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice.  If no opposition is filed within the time specified by law, the USPTO may issue a Certificate of Registration. To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication.  You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800.  To check the status of your application, go to http://tarr.uspto.gov/.

**SERIAL NUMBER:**   78757666
**MARK:**                    **SPIEGELAW.COM**
**OWNER:**               **H. Jay Spiegel & Associates, P.C.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

H JAY SPIEGEL
H JAY SPIEGEL & ASSOCIATES PC
PO BOX 11
MOUNT VERNON, VA  22121-0011

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 78757666 | FILING DATE | 11/19/2005 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | MICHELI, ANGELA M | L.O. ASSIGNED | 101 |

## PUB INFORMATION

| | | | |
|---|---|---|---|
| RUN DATE | 05/30/2006 | | |
| PUB DATE | N/A | | |
| STATUS | 680-APPROVED FOR PUBLICATON | | |
| STATUS DATE | 05/27/2006 | | |
| LITERAL MARK ELEMENT | SPIEGELAW.COM | | |
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |

| LITERAL MARK ELEMENT | SPIEGELAW.COM |
|---|---|
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | H. Jay Spiegel & Associates, P.C. |
| ADDRESS | P.O. Box 11<br>Mount Vernon, VA 221210011 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Virginia |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 042 |
|---|---|
| DESCRIPTION TEXT | Legal services; Providing information at the specific request of end-users by means of telephone or global computer networks |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 042 | FIRST USE DATE | 02/23/2000 | FIRST USE IN COMMERCE DATE | 02/23/2000 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | SPIEGEL LAW |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/27/2006 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 003 |
| 05/25/2006 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 11/25/2005 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | H. Jay Spiegel |
|---|---|
| CORRESPONDENCE ADDRESS | H. JAY SPIEGEL |

P-00012

|  | H. JAY SPIEGEL & ASSOCIATES, P.C.<br>PO BOX 11<br>MOUNT VERNON, VA 22121-0011 |
|---|---|
| DOMESTIC REPRESENTATIVE | NONE |

P-00013

# SPIEGELAW.COM

P-000014

*** User:amicheli ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 53 | 30 | 23 | 10 | 0:01 | *spiegel*[bi,ti] |
| 02 | 0 | 0 | 0 | 0 | 0:01 | *speigel*[bi,ti] |

Session started 5/25/2006 3:32:44 PM

Session finished 5/25/2006 3:33:31 PM

Total search duration 0 minutes 2 seconds

Session duration 0 minutes 47 seconds

Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 78757666

*** User:amicheli ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|---------|--------|--------|--------|--------|---------|
| 01 | 18443 | N/A | 0 | 0 | 0:02 | *spi*[bi,ti] |
| 02 | 11871 | N/A | 0 | 0 | 0:01 | *gel*[bi,ti] |
| 03 | 99 | 56 | 43 | 22 | 0:01 | 1 and 2 |

Session started 5/25/2006 8:38:22 PM

Session finished 5/25/2006 8:39:18 PM

Total search duration 0 minutes 4 seconds

Session duration 0 minutes 56 seconds

Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 78757666

# SPIEGELAW.COM

Jay Spiegel & Associates, P.C.    Page 1



# H. Jay Spiegel & Associates, P.C.

**P.O. Box 11, Mount Vernon, VA 22121-0011**
**Phone: (703) 619-0101 • Fax: (703) 619-0110**

## Welcome to the SPIEGELAW.COM® website

H. Jay Spiegel & Associates, P.C. was founded in 1988 to provide skilled legal representation at reasonable cost to clients in the fields of Patent, Trademark & Copyright law. The firm is AV rated by Martindale-Hubbell. Services provided range from patentability, infringement, validity and trademark registrability opinions to preparation, filing and prosecution of patent, trademark and copyright applications to litigation and litigation support including appellate briefing and argument.

The firm's client base is quite diverse including corporations of all sizes, foreign and domestic law firms and individuals.

Patent Applications are prepared and prosecuted in diverse technologies including but not limited to medical-surgical devices, ceramics, electrical systems and general mechanical technologies. In the rare event that we are unable to handle a particular technology "in house", over the years, we have compiled a list of referring attorneys who share our philosophy and meet our standards of quality and pricing.

**About H. Jay Spiegel**

**Premium Products**

**JUMPSTART, Inc.**

**Resources & Links**

**Contact Info**

**Return to Top** ▲

Disclaimer

Copyright © 2002, 2004 H. Jay Spiegel & Associates, P.C.
All Rights Reserved

About H. Jay Spiegel   Premium Products   JUMPSTART, Inc.   Resources & Links   Contact Info

PTO Form 1478 (Rev 8/2005)
OMB No. 0651-0009 (Exp 04/30/2006)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 78757666**
**Filing Date: 11/19/2005**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| *MARK | SPIEGELAW.COM |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | SPIEGELAW.COM |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | H. Jay Spiegel & Associates, P.C. |
| *STREET | P.O. Box 11 |
| *CITY | Mount Vernon |
| *STATE (Required for U.S. applicants) | Virginia |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 22121-0011 |
| PHONE | 7036190101 |
| FAX | 7036190110 |

| EMAIL ADDRESS | jayspiegel@aol.com |
|---|---|
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |

## LEGAL ENTITY INFORMATION

| *TYPE | CORPORATION |
|---|---|
| *STATE/COUNTRY OF INCORPORATION | Virginia |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 042 |
|---|---|
| *DESCRIPTION | Legal services |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 02/23/2000 |
| *FIRST USE IN COMMERCE DATE | At least as early as 02/23/2000 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT8\IMAGEOUT8 \787\576\78757666\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | page from website |
| *DESCRIPTION | Providing information at the specific request of end-users by means of telephone or global computer networks |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 02/23/2000 |
| *FIRST USE IN COMMERCE DATE | At least as early as 02/23/2000 |
| *SPECIMEN FILE NAME | \\TICRS\EXPORT8\IMAGEOUT8 \787\576\78757666\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | page from website |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) | |

(if applicable)

| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| NAME | H. Jay Spiegel |
|------|----------------|
| FIRM NAME | H. Jay Spiegel & Associates, P.C. |
| STREET | P.O. Box 11 |
| CITY | Mount Vernon |
| STATE | Virginia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 22121-0011 |
| PHONE | 7036190101 |
| FAX | 7036190110 |
| EMAIL ADDRESS | jayspiegel@aol.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| *NAME | H. Jay Spiegel |
|-------|----------------|
| FIRM NAME | H. Jay Spiegel & Associates, P.C. |
| *STREET | P.O. Box 11 |
| * CITY | Mount Vernon |
| * STATE (Required for U.S. applicants) | Virginia |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 22121-0011 |
| PHONE | 7036190101 |
| FAX | 7036190110 |
| * EMAIL ADDRESS | jayspiegel@aol.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

P-00021

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 275 |

## SIGNATURE INFORMATION

| * SIGNATURE | /H. Jay Spiegel/ |
|---|---|
| * SIGNATORY NAME | H. Jay Spiegel |
| SIGNATORY POSITION | Attorney for Applicant |
| * SIGNATURE DATE | 11/19/2005 |

## FILING INFORMATION SECTION

| SUBMIT DATE | Sat Nov 19 08:02:15 EST 2005 |
|---|---|
| TEAS STAMP | USPTO/FTK-70.108.102.200-20051119080215679113-7875 7666-3003e6121a92d8027653 d58bde6c7eaba6-CC-848-200 51119075012713552 |

PTO Form 1478 (Rev 8/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

### Serial Number: 78757666
### Filing Date: 11/19/2005

To the Commissioner for Trademarks:
MARK: SPIEGELAW.COM (Standard Characters, see mark)
The literal element of the mark consists of SPIEGELAW.COM. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, H. Jay Spiegel & Associates, P.C., a corporation of Virginia, residing at P.O. Box 11, Mount Vernon, Virginia, United States, 22121-0011, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by

the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 042:  Legal services; Providing information at the specific request of end-users by means of telephone or global computer networks

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.

The applicant hereby appoints H. Jay Spiegel of H. Jay Spiegel & Associates, P.C., P.O. Box 11, Mount Vernon, Virginia, United States, 22121-0011 to submit this application on behalf of the applicant.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: jayspiegel@aol.com.

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /H. Jay Spiegel/   Date: 11/19/2005

Signatory's Name: H. Jay Spiegel
Signatory's Position: Attorney for Applicant
Mailing Address:
    H. Jay Spiegel
    P.O. Box 11
    Mount Vernon, Virginia 22121-0011

RAM Sale Number: 848
RAM Accounting Date: 11/21/2005

Serial Number: 78757666
Internet Transmission Date: Sat Nov 19 08:02:15 EST 2005
TEAS Stamp: USPTO/FTK-70.108.102.200-200511190802156
79113-78757666-3003e6121a92d8027653d58bd
e6c7eaba6-CC-848-20051119075012713552

P-00024

# SPIEGELAW.COM

P-00025

Jay Spiegel & Associates, P.C.                Page 1



# H. Jay Spiegel & Associates, P.C.

**P.O. Box 11, Mount Vernon, VA 22121-0011**
**Phone: (703) 619-0101 • Fax: (703) 619-0110**

## Welcome to the SPIEGELAW.COM® website

H. Jay Spiegel & Associates, P.C. was founded in 1988 to provide skilled legal representation at reasonable cost to clients in the fields of Patent, Trademark & Copyright law. The firm is AV rated by Martindale-Hubbell. Services provided range from patentability, infringement, validity and trademark registrability opinions to preparation, filing and prosecution of patent, trademark and copyright applications to litigation and litigation support including appellate briefing and argument.

The firm's client base is quite diverse including corporations of all sizes, foreign and domestic law firms and individuals.

Patent Applications are prepared and prosecuted in diverse technologies including but not limited to medical-surgical devices, ceramics, electrical systems and general mechanical technologies. In the rare event that we are unable to handle a particular technology "in house", over the years, we have compiled a list of referring attorneys who share our philosophy and meet our standards of quality and pricing.

**About H. Jay Spiegel**

**Premium Products**

**JUMPSTART, Inc.**

**Resources & Links**

**Contact Info**

**Return to Top** ▲

Disclaimer

Copyright © 2002, 2004 H. Jay Spiegel & Associates, P.C.
All Rights Reserved

# EXHIBIT 3

Subj:   **EarthLink Invoice #0024707291, Please Read**
Date:   2/17/2009 8:55:41 A.M. Eastern Standard Time
From:   invoice.inquiry@earthlink.net
To:     jayspiegel@aol.com

                                                                    P-00139

Remit To:                    Account Number: 2483299
                                  Page:   1
EarthLink Inc.               Invoice Date: 02/18/00
P.O. Box 6452                Invoice Number: 24707291
Carol Stream, IL. 60197-6452


Bill To:

H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

---

Date   Description            Qty   Price   Amount
------ ---------------------------- ----------- ------------
       Previous Balance                   .00

          wfp96049 (spiegelaw.com)

02/18/00 EnhancedWeb Start Fee        1.00   50.00    50.00
                                      ------------
                    New Charges:     50.00
                                     ------------
                   Balance Due:      50.00
02/18/00 Paid by Visa                       50.00CR
                                     ------------
            Remaining Balance Due:       .00
                                     =============

Welcome to EarthLink!  We are glad you have signed up for our
service.  Please understand that you are responsible for determining
whether the dial up phone number is within your local calling area, and
that you are responsible for any long distance charges you may incur while
using this number.
If you have further questions please do see our web page at:

http://www.earthlink.net/about/policies/dial/index.html

We do hope you enjoy your EarthLink service!

Subj:      **EarthLink Invoice #0024793820, Please Read**
Date:      2/17/2009 8:55:38 A.M. Eastern Standard Time
From:     invoice.inquiry@earthlink.net
To:        jayspiegel@aol.com

P-00140

Remit To:

EarthLink Inc.
P.O. Box 6452
Carol Stream, IL. 60197-6452

Account Number:  2483299
      Page:   1
Invoice Date:  02/18/00
Invoice Number:  24793820

Bill To:

H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

Due upon receipt.
Current charges are late if
     not received by 03/15/00

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| | Previous Balance | | | 50.00 |
| 02/18/00 | Charge to VISA | | | 50.00CR |
| | Adjusted Beginning Balance | | | .00 |
| | Balance Due: | | | .00 |

Questions about this invoice?
* http://www.earthlink.net/support/invoicefaq/ for common billing questions
* http://support.earthlink.net/chat/ to trade secure, instant messages
  with a friendly Live Chat agent
* Send email to invoice.inquiry@earthlink.net or mail to above address
Please remember: You have 30 days from the invoice date to dispute a charge

Recent payment not reflected?  We may have sent this invoice before
receiving it.  See up-to-date balance information, arrange a one-time
payment, update billing information, change your service plan and more at:
http://myaccount.earthlink.net/

Refer a friend, get a free month of service (up to $100):
http://www.earthlink.net/referrals/

Subj:      **EarthLink Invoice #0025928258, Please Read**
Date:      2/17/2009 8:55:46 A.M. Eastern Standard Time                    P-00141
From:      invoice.inquiry@earthlink.net
To:        jayspiegel@aol.com

Remit To:                    Account Number:  2483299
                             Page:   1
EarthLink Inc.               Invoice Date:  03/14/00
P.O. Box 6452                Invoice Number:  25928258
Carol Stream, IL. 60197-6452

Bill To:

H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

---

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
|  | Previous Balance |  |  | .00 |
|  | 2jumpstart.com |  |  |  |
| 03/14/00 | Domain Transfer | 1.00 | 45.00 | 45.00 |
|  | New Charges: |  |  | 45.00 |
|  | Balance Due: |  |  | 45.00 |
| 03/14/00 | Paid by Visa |  |  | 45.00CR |
|  | Remaining Balance Due: |  |  | .00 |

Welcome to EarthLink!  We are glad you have signed up for our
service.  Please understand that you are responsible for determining
whether the dial up phone number is within your local calling area, and
that you are responsible for any long distance charges you may incur while
using this number.
If you have further questions please do see our web page at:

http://www.earthlink.net/about/policies/dial/index.html

We do hope you enjoy your EarthLink service!

Subj:    **EarthLink Invoice #0026182036, Please Read**
Date:    2/17/2009 8:56:01 A.M. Eastern Standard Time        P-00142
From:   invoice.inquiry@earthlink.net
To:      jayspiegel@aol.com

Remit To:             Account Number: 2483299
                      Page:   1
EarthLink Inc.         Invoice Date:  03/18/00
P.O. Box 6452        Invoice Number: 26182036
Carol Stream, IL. 60197-6452

Bill To:

H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

---

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| | Previous Balance | | | 45.00 |
| 03/14/00 | Charge to VISA | | | 45.00CR |
| | Adjusted Beginning Balance | | | .00 |
| | jayspiegel (H. Jay Spiegel) | | | |
| 03/17/00 | Feb 18-Mar 17:Hours used | | 2.93 | .00 |
| | wfp96049 (spiegelaw.com) | | | |
| 02/25/00 | Feb 25-Mar 17:EnhancedWeb Par | .76 | 59.95 | 45.56 |
| 03/18/00 | Mar 18-Apr 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |

                    New Charges:  105.51
                    Balance Due:  105.51
03/20/00 Paid by Visa           105.51CR

            Remaining Balance Due:   .00
                =============

Questions about this invoice?
* http://www.earthlink.net/support/invoicefaq/ for common billing questions
* http://support.earthlink.net/chat/ to trade secure, instant messages
  with a friendly Live Chat agent
* Send email to invoice.inquiry@earthlink.net or mail to above address
Please remember: You have 30 days from the invoice date to dispute a charge

Recent payment not reflected?  We may have sent this invoice before
receiving it.  See up-to-date balance information, arrange a one-time
payment, update billing information, change your service plan and more at:
http://myaccount.earthlink.net/

Remit To:             Invoice Number:  26182036

EarthLink Inc.
P.O. Box 6452

Invoice Date:  03/18/00
Account Number:  2483299

P-00143

Refer a friend, get a free month of service (up to $100):
http://www.earthlink.net/referrals/

Subj:   **EarthLink Invoice #0027564177, Please Read**
Date:   2/17/2009 8:55:57 A.M. Eastern Standard Time
From:   invoice.inquiry@earthlink.net
To:     jayspiegel@aol.com

P-00144

Remit To:                    Account Number: 2483299
                             Page:  1
EarthLink Inc.               Invoice Date: 04/18/00
P.O. Box 6452                Invoice Number: 27564177
Carol Stream, IL. 60197-6452

Bill To:

H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

---

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
|  | Previous Balance |  |  | .00 |
|  | jayspiegel (H. Jay Spiegel) |  |  |  |
| 04/17/00 | Mar 18-Apr 17:Hours used |  | 1.97 | .00 |
|  | wfp96049 (spiegelaw.com) |  |  |  |
| 04/18/00 | Apr 18-May 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |
|  | 2jumpstart.com |  |  |  |
| 03/21/00 | Mar 21-Apr 17:Domain Part Mon | .90 | 5.00 | 4.50 |
| 04/18/00 | Apr 18-May 17:Domain Monthly | 1.00 | 5.00 | 5.00 |

                        New Charges:   69.45
                        ------------
                        Balance Due:   69.45
                        ------------
04/21/00 Paid by Visa                  69.45CR
                        ------------
            Remaining Balance Due:     .00
                        =============

Questions about this invoice?
* http://www.earthlink.net/support/invoicefaq/ for common billing questions
* http://support.earthlink.net/chat/ to trade secure, instant messages
  with a friendly Live Chat agent
* Send email to invoice.inquiry@earthlink.net or mail to above address
Please remember: You have 30 days from the invoice date to dispute a charge

Recent payment not reflected?  We may have sent this invoice before
receiving it.  See up-to-date balance information, arrange a one-time
payment, update billing information, change your service plan and more at:
Remit To:              Invoice Number: 27564177

Page:  2
EarthLink Inc.                Invoice Date:  04/18/00
P.O. Box 6452                Account Number:  2483299

P-00145

http://myaccount.earthlink.net/

Refer a friend, get a free month of service (up to $100):
http://www.earthlink.net/referrals/

Subj:    **EarthLink Invoice #0039590489, Please Read**
Date:    2/17/2009 8:56:46 A.M. Eastern Standard Time
From:   invoice.inquiry@earthlink.net
To:      jayspiegel@aol.com

P-00162

Remit To:               Account Number: 2483299
                         Page:  1
EarthLink Inc.          Invoice Date: 01/18/01
P.O. Box 6452         Invoice Number: 39590489
Carol Stream, IL. 60197-6452

Bill To:

H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| | Previous Balance | | | .00 |
| | jayspiegel (H. Jay Spiegel) | | | |
| 01/17/01 | Dec 18-Jan 17:Hours used | .23 | | .00 |
| | spiegelaw.com | | | |
| 01/05/01 | InterNIC Renewal Fee | 1.00 | 35.00 | 35.00 |
| | wfp96049 (spiegelaw.com) | | | |
| 01/18/01 | Jan 18-Feb 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |
| | 2jumpstart.com | | | |
| 01/18/01 | Jan 18-Feb 17:Domain Monthly | 1.00 | 5.00 | 5.00 |

New Charges:   99.95
------------
Balance Due:   99.95
02/02/01 Paid by Visa        99.95CR
------------
Remaining Balance Due:  .00
=============

Questions about this invoice?
* http://www.earthlink.net/support/invoicefaq/ for common billing questions
* http://support.earthlink.net/chat/ to trade secure, instant messages
  with a friendly Live Chat agent
* Send email to invoice.inquiry@earthlink.net or mail to above address
Please remember: You have 30 days from the invoice date to dispute a charge

Tuesday, February 17, 2009 America Online: Jayspiegel

Remit To:                          Invoice Number: 39590489
                                   Page: 2                        P-00163
EarthLink Inc.                     Invoice Date: 01/18/01
P.O. Box 6452                      Account Number: 2483299

Recent payment not reflected?  We may have sent this invoice before
receiving it.  See up-to-date balance information, arrange a one-time
payment, update billing information, change your service plan and more at:
http://myaccount.earthlink.net/

Refer a friend, get a free month of service (up to $100):
http://www.earthlink.net/referrals/

Subj:   **EarthLink Invoice #0061030150, Please Read**
Date:   2/17/2009 8:57:25 A.M. Eastern Standard Time
From:   invoice.inquiry@earthlink.net
To:     jayspiegel@aol.com

P-00186

Remit To:

Account Number: 2483299
Page:   1
Invoice Date: 01/18/02
Invoice Number:  61030150

EarthLink Inc.
P.O. Box 6452
Carol Stream, IL. 60197-6452

Bill To:

H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| | Previous Balance | | | .00 |
| | jayspiegel (H. Jay Spiegel) | | | |
| 01/17/02 | Dec 18-Jan 17:Hours used | 1.50 | | .00 |
| | wfp96049 (spiegelaw.com) | | | |
| 01/18/02 | Jan 18-Feb 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |
| | 2jumpstart.com | | | |
| 01/18/02 | Jan 18-Feb 17:Domain Monthly | 1.00 | 5.00 | 5.00 |

New Charges:   64.95

Balance Due:   64.95
01/21/02 Paid by Visa                   64.95CR

Remaining Balance Due:   .00
=============

Questions about this invoice?
* http://www.earthlink.net/support/invoicefaq/ for common billing questions
* http://support.earthlink.net/chat/ to trade secure, instant messages
  with a friendly Live Chat agent
* Send email to invoice.inquiry@earthlink.net or mail to above address
Please remember: You have 30 days from the invoice date to dispute a charge

Recent payment not reflected?  We may have sent this invoice before
receiving it.  See up-to-date balance information, arrange a one-time
payment, update billing information, change your service plan and more at:
http://myaccount.earthlink.net/

Remit To:                          Invoice Number: 61030150
                                   Page: 2                              P-00187
EarthLink Inc.                     Invoice Date: 01/18/02
P.O. Box 6452                      Account Number: 2483299

Refer a friend, get a free month of service (up to $100):
http://www.earthlink.net/referrals/

Subj: **EarthLink Invoice #0105475943, Please Read**                    P-00210
Date: 2/17/2009 8:58:54 A.M. Eastern Standard Time
From: invoice.inquiry@earthlink.net
To: jayspiegel@aol.com

Remit To:                    Account Number: 2483299
                                          Page:   1
EarthLink Inc.                   Invoice Date: 01/18/03
P.O. Box 6452                    Invoice Number:  105475943
Carol Stream, IL. 60197-6452

Bill To:

H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

---

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| | Previous Balance | | | .00 |
| | jayspiegel (H. Jay Spiegel) | | | |
| 01/17/03 | Dec 18-Jan 17:Total Hours | 1.38 | | .00 |
| | wfp96049 (spiegelaw.com) | | | |
| 01/18/03 | Jan 18-Feb 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |
| | 2jumpstart.com | | | |
| 01/18/03 | Jan 18-Feb 17:Domain Monthly | 1.00 | 4.95 | 4.95 |

                              New Charges:   64.90
                              -------------
                              Balance Due:   64.90
01/19/03 Paid by Visa                     64.90CR
                              -------------
                    Remaining Balance Due:    .00
                         =============

Questions about this invoice?
* http://www.earthlink.net/support/invoicefaq/ for common billing questions
* http://support.earthlink.net/chat/ to trade secure, instant messages
  with a friendly Live Chat agent
* Send email to invoice.inquiry@earthlink.net or mail to above address
Please remember: You have 30 days from the invoice date to dispute a charge

Recent payment not reflected?  We may have sent this invoice before
receiving it.  See up-to-date balance information, arrange a one-time
payment, update billing information, change your service plan and more at:
http://myaccount.earthlink.net/

Case 1:08-cv-00949-JCC-TRJ   Document 29-1   Filed 04/15/09   Page 37 of 61 PageID# 353

Remit To:                    Invoice Number:  105475943
                             Page:  2                              P-00211
EarthLink Inc.               Invoice Date:  01/18/03
P.O. Box 6452                Account Number:  2483299

Refer a friend, get a free month of service (up to $100):
http://www.earthlink.net/referrals/

Subj:     **EarthLink Invoice #0158674816, Please Read**
Date:     2/17/2009 9:00:24 A.M. Eastern Standard Time
From:     invoice.inquiry@earthlink.net
To:       jayspiegel@aol.com

P-00234

Remit To:

EarthLink Inc.
P.O. Box 6452
Carol Stream, IL. 60197-6452

Account Number: 2483299
Page:    1
Invoice Date: 01/18/04
Invoice Number: 158674816

Bill To:

H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
|  | Previous Balance |  |  | .00 |
|  | jayspiegel (H. Jay Spiegel) |  |  |  |
| 01/17/04 | Through Jan 17:Total Hours | 2.33 |  | .00 |
|  | wfp96049 (spiegelaw.com) |  |  |  |
| 01/18/04 | Jan 18-Feb 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |
|  | 2jumpstart.com |  |  |  |
| 01/18/04 | Jan 18-Feb 17:Domain Monthly | 1.00 | 4.95 | 4.95 |

New Charges:    64.90

Balance Due:    64.90
01/19/04 Paid by Visa              64.90CR

Remaining Balance Due:     .00
===============

Questions about this invoice?
* http://www.earthlink.net/support/invoicefaq/ for common billing questions
* http://support.earthlink.net/chat/ to trade secure, instant messages
  with a friendly Live Chat agent
* Send email to invoice.inquiry@earthlink.net or mail to above address
Please remember: You have 30 days from the invoice date to dispute a charge

Recent payment not reflected?  We may have sent this invoice before
receiving it.  See up-to-date balance information, arrange a one-time
payment, update billing information, change your service plan and more at:
http://myaccount.earthlink.net/

Tuesday, February 17, 2009 America Online: Jayspiegel

Remit To:                Invoice Number: 158674816
                         Page: 2                              P-00235
EarthLink Inc.           Invoice Date: 01/18/04
P.O. Box 6452            Account Number: 2483299

Refer a friend, get a free month of service (up to $100):
http://www.earthlink.net/referrals/

Subj:     **EarthLink Invoice #0207468385, Please Read**          P-00251
Date:     2/17/2009 9:01:07 A.M. Eastern Standard Time
From:     invoice.inquiry@earthlink.net
To:       jayspiegel@aol.com

Remit To:              Account Number:  2483299
                          Page:   1
EarthLink Inc.            Invoice Date:  01/18/05
P.O. Box 6452             Invoice Number:  207468385
Carol Stream, IL. 60197-6452

Bill To:

H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| | Previous Balance | | | .00 |
| | wfp96049 (spiegelaw.com) | | | |
| 01/18/05 | Jan 18-Feb 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |
| | 2jumpstart.com | | | |
| 01/18/05 | Jan 18-Feb 17:Domain Monthly | 1.00 | 4.95 | 4.95 |

                          New Charges:   64.90

                          Balance Due:   64.90
01/19/05 Paid by Visa                    64.90CR

                  Remaining Balance Due:    .00
                          =============

Questions about this invoice?
* http://www.earthlink.net/support/invoicefaq/ for common billing questions
* http://support.earthlink.net/chat/ to trade secure, instant messages
  with a friendly Live Chat agent
* Send email to invoice.inquiry@earthlink.net or mail to above address
Please remember: You have 30 days from the invoice date to dispute a charge

Recent payment not reflected?  We may have sent this invoice before
receiving it.  See up-to-date balance information, arrange a one-time
payment, update billing information, change your service plan and more at:
http://myaccount.earthlink.net/

Refer a friend, get a free month of service (up to $100):
http://www.earthlink.net/referrals/

Subj:   **EarthLink Invoice #0251576575, Please Read**
Date:   2/17/2009 9:01:45 A.M. Eastern Standard Time
From:   invoice.inquiry@earthlink.net
To:     jayspiegel@aol.com

P-00265

Remit To:                        Account Number:   2483299
                                         Page: 1
Earthlink, Inc.                  Invoice Number:  251576575
P.O. Box 6452                     Billing Date:   01/18/06
Carol Stream, IL 60197-6452
                                 Previous Balance:    64.90
                                 Balance Due:      0.00
Bill To:                         New Charges:     99.90
H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|

Previous Balance                     64.90

12/20/05 Charge to VISA              -64.90CR
                          ------------
   Adjusted Beginning Balance

spiegelaw.com

12/28/05 InterNIC Renewal Fee    1.00    35.00    35.00

wfp96049 (spiegelaw.com)

01/18/06 Jan 18-Feb 17:EnhancedWeb Mon   1.00   59.95    59.95
01/17/06 Through Jan 17:Web Bandwidth    .19           .00

2jumpstart.com

01/18/06 Jan 18-Feb 17:Domain Monthly   1.00    4.95    4.95

New Charges:     99.90
                          ----------
BALANCE DUE:      0.00
01/19/06 Paid By Visa            -99.90CR
                          ----------
Remaining Balance Due:       0.00
                          ----------

Recent payment not reflected? We may have sent this invoice before receiving it.

**********
NEED HELP?
**********
For your protection, please do not email payment information or inquiries

about your invoice.

Find answers to common billing questions at:
http://www.earthlink.net/support/invoicefaq

P-00266

To update your credit card or contact information, make a one-time payment,
view up-to-date balance, and more, visit:
https://myaccount.earthlink.net

To contact us, please visit:
http://www.earthlink.net/go/contact

You have 30 days from the invoice date to dispute a charge.

Refer a friend and receive a free month of service (up to $100). To learn more
go to:
http://www.earthlink.net/referrals


*This is a tax or similar governmental fee or other charge that we are
required to pass through to our subscribers.

**This is a surcharge intended to recover costs we or our vendors incur in
compliance with regulatory obligations. This surcharge is not a tax or charge
imposed by a government entity.

Tuesday, February 17, 2009 America Online: Jayspiegel

Subj:   **EarthLink Invoice #0305810608, Please Read**
Date:   2/17/2009 9:03:23 A.M. Eastern Standard Time
From:   invoice.inquiry@earthlink.net
To:     jayspiegel@aol.com

P-00289

Remit To:                    Account Number:   2483299
                                        Page: 1
Earthlink, Inc.            Invoice Number:  305810608
P.O. Box 6452                Billing Date:  01/18/07
Carol Stream, IL 60197-6452
                         Previous Balance:    64.90
                         Balance Due:          0.00
Bill To:                 New Charges:         99.90
H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
|      | Previous Balance |  |  | 64.90 |
| 12/19/06 | Charge to VISA |  |  | -64.90CR |
|      | Adjusted Beginning Balance |  |  | ------------ |
|      | spiegelaw.com |  |  |  |
| 12/26/06 | InterNIC Renewal Fee | 1.00 | 35.00 | 35.00 |
|      | wfp96049 (spiegelaw.com) |  |  |  |
| 01/18/07 | Jan 18-Feb 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |
|      | 2jumpstart.com |  |  |  |
| 01/18/07 | Jan 18-Feb 17:Domain Monthly | 1.00 | 4.95 | 4.95 |

                         New Charges:     99.90

                         BALANCE DUE:      0.00
01/19/07 Paid By Visa                    -99.90CR

           Remaining Balance Due:         0.00

Recent payment not reflected? We may have sent this invoice before receiving it.

*********
NEED HELP?
*********
For your protection, please do not email payment information or inquiries about your invoice.

Tuesday, February 17, 2009 America Online: Jayspiegel

Find answers to common billing questions at:
http://www.earthlink.net/support/invoicefaq

P-00290

To update your credit card or contact information, make a one-time payment,
view up-to-date balance, and more, visit:
https://myaccount.earthlink.net

To contact us, please visit:
http://www.earthlink.net/go/contact

You have 30 days from the invoice date to dispute a charge.

Refer a friend to Earthlink and receive terrific rewards. To learn more go to:
http://www.earthlink.net/referrals

*This is a tax or similar governmental fee or other charge that we are
required to pass through to our subscribers.

**This is a surcharge intended to recover costs we or our vendors incur in
compliance with regulatory obligations. This surcharge is not a tax or charge
imposed by a government entity.

Subj:   **EarthLink Invoice #0354951706, Please Read**
Date:   2/17/2009 9:04:58 A.M. Eastern Standard Time          P-00313
From:   invoice.inquiry@earthlink.net
To:     jayspiegel@aol.com

Remit To:                    Account Number:   2483299
                                        Page: 1
Earthlink, Inc.              Invoice Number:  354951706
P.O. Box 6452                  Billing Date:  01/18/08
Carol Stream, IL 60197-6452
                             Previous Balance:    64.90
                             Balance Due:          0.00
Bill To:                     New Charges:         99.90
H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

| Date | Description | Qty | Price | Amount | | |
|------|-------------|-----|-------|--------|---|---|
| | Previous Balance | | | 64.90 | | |
| 12/20/07 | Charge to VISA | | | -64.90CR | | |
| | Adjusted Beginning Balance | | | ------------ | | |
| | spiegelaw.com | | | | | |
| 12/27/07 | InterNIC Renewal Fee | 1.00 | 35.00 | 35.00 | | |
| | wfp96049 (spiegelaw.com) | | | | | |
| 01/18/08 | Jan 18-Feb 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 | | |
| | 2jumpstart.com | | | | | |
| 01/18/08 | Jan 18-Feb 17:Domain Monthly | 1.00 | 4.95 | 4.95 | | |

                        New Charges:    99.90

                        BALANCE DUE:     0.00
01/19/08 Paid By Visa               -99.90CR

        Remaining Balance Due:       0.00

Recent payment not reflected? We may have sent this invoice before receiving it.

\*\*\*\*\*\*\*\*\*\*
NEED HELP?
\*\*\*\*\*\*\*\*\*\*
For your protection, please do not email payment information or inquiries about your invoice.

Tuesday, February 17, 2009 America Online: Jayspiegel

Find answers to common billing questions at:
http://www.earthlink.net/support/invoicefaq

P-00314

To update your credit card or contact information, make a one-time payment,
view up-to-date balance, and more, visit:
https://myaccount.earthlink.net

To contact us, please visit:
http://www.earthlink.net/go/contact

You have 30 days from the invoice date to dispute a charge.

Refer a friend to Earthlink and receive terrific rewards. To learn more go to:
http://www.earthlink.net/referrals

*This is a tax or similar governmental fee or other charge that we are
required to pass through to our subscribers.

**This is a surcharge intended to recover costs we or our vendors incur in
compliance with regulatory obligations. This surcharge is not a tax or charge
imposed by a government entity.

| Subj: | **EarthLink Invoice #0390107814, Please Read** |
|---|---|
| Date: | 2/17/2009 9:22:22 A.M. Eastern Standard Time |
| From: | invoice.inquiry@earthlink.net |
| To: | jayspiegel@aol.com |

P-00336

Remit To:

Earthlink, Inc.
P.O. Box 6452
Carol Stream, IL 60197-6452

Account Number:   2483299
Page: 1
Invoice Number:  390107814
Billing Date:  01/18/09

Previous Balance:   64.90
Balance Due:   0.00
New Charges:   99.90

Bill To:
H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

| Date | Description | Qty | Price | Amount |
|---|---|---|---|---|
| | Previous Balance | | | 64.90 |
| 12/19/08 | Charge to VISA | | | -64.90CR |
| | Adjusted Beginning Balance | | ------------ | |
| | spiegelaw.com | | | |
| 01/06/09 | InterNIC Renewal Fee | 1.00 | 35.00 | 35.00 |
| | wfp96049 (spiegelaw.com) | | | |
| 01/18/09 | Jan 18-Feb 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |
| | 2jumpstart.com | | | |
| 01/18/09 | Jan 18-Feb 17:Domain Monthly | 1.00 | 4.95 | 4.95 |

New Charges:   99.90

BALANCE DUE:   0.00

01/19/09 Paid By Visa          -99.90CR

Remaining Balance Due:   0.00

Recent payment not reflected?  We may have sent this invoice before your last
payment was received.

- Manage your account and pay your balance online at
http://myaccount.earthlink.net
- Service or Support Questions go to http:
//support.earthlink.net

Tuesday, February 17, 2009 America Online: Jayspiegel

Please pay upon receipt and be sure to include your account number with your payment.

Any previous balance listed above is now past due.  You have 30 days from the invoice date to dispute a charge.

P-00337

# EarthLink Invoice #0392493531, Please Read

| | | |
|---|---|---|
| **From:** | invoice.inquiry@earthlink.net | |
| **To:** | jayspiegel@mindspring.com | P-00338 |
| **Subject:** | EarthLink Invoice #0392493531, Please Read | |
| **Date:** | Apr 3, 2009 1:24 PM | |

```
Remit To:                              Account Number:    2483299
                                                 Page:  1
   Earthlink, Inc.                  Invoice Number:   392493531
   P.O. Box 6452                      Billing Date:   02/18/09
   Carol Stream, IL 60197-6452
                                    Previous Balance:     99.90
                                      Balance Due:         0.00
                                      New Charges:        64.90
   Bill To:
   H. Jay Spiegel
   H. Jay Spiegel & Associates
   P. O. box 444
   Mount Vernon, VA 22121-0444
```

| Date | Description | Qty | Price | Amount |
|---|---|---|---|---|
| | Previous Balance | | | 99.90 |
| | Adjusted Beginning Balance | | | |
| wfp96049 (spiegelaw.com) | | | | |
| 02/18/09 | Feb 18-Mar 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |
| 2jumpstart.com | | | | |
| 02/18/09 | Feb 18-Mar 17:Domain Monthly | 1.00 | 4.95 | 4.95 |
| | New Charges: | | | 64.90 |
| | BALANCE DUE: | | | 0.00 |

Case 1:08-cv-00949-JCC-TRJ   Document 29-1   Filed 04/15/09   Page 50 of 61 PageID# 366

02/19/09 Paid By Visa                          P-00339                      -64.90CR

                                                                    _____
                        Remaining Balance Due:                         0.00
                                                                    _____


Recent payment not reflected?  We may have sent this invoice before your last
payment was received.

                        - Manage your account and pay your balance online at
http://myaccount.earthlink.net
                        - Service or Support Questions go to http:
//support.earthlink.net

Please pay upon receipt and be sure to include your account number with your
payment.
Any previous balance listed above is now past due.  You have 30 days from the
invoice date to dispute a charge.

Subj: **EarthLink Invoice #0394868007, Please Read**
Date: 3/19/2009 10:45:33 P.M. Eastern Daylight Time
From: invoice.inquiry@earthlink.net
To: jayspiegel@aol.com

P-00340

Remit To:

Earthlink, Inc.
P.O. Box 6452
Carol Stream, IL 60197-6452

Account Number: 2483299
Page: 1
Invoice Number: 394868007
Billing Date: 03/18/09

Previous Balance: 64.90
Balance Due: 0.00
New Charges: 64.90

Bill To:
H. Jay Spiegel
H. Jay Spiegel & Associates
P. O. box 444
Mount Vernon, VA 22121-0444

| Date | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| | Previous Balance | | | 64.90 |
| 02/19/09 | Charge to VISA | | | -64.90CR |
| | Adjusted Beginning Balance | | ------------- | |
| | wfp96049 (spiegelaw.com) | | | |
| 03/18/09 | Mar 18-Apr 17:EnhancedWeb Mon | 1.00 | 59.95 | 59.95 |
| | 2jumpstart.com | | | |
| 03/18/09 | Mar 18-Apr 17:Domain Monthly | 1.00 | 4.95 | 4.95 |
| | New Charges: | | 64.90 | |
| | BALANCE DUE: | | 0.00 | |
| 03/19/09 | Paid By Visa | | -64.90CR | |
| | Remaining Balance Due: | | 0.00 | |

Recent payment not reflected?  We may have sent this invoice before your last payment was received.

- Manage your account and pay your balance online at http://myaccount.earthlink.net
- Service or Support Questions go to http://support.earthlink.net

Please pay upon receipt and be sure to include your account number with your payment.
Any previous balance listed above is now past due.  You have 30 days from the invoice date to dispute a charge.

Friday, April 03, 2009 America Online: Jayspiegel

# EXHIBIT 4

P-00068



# H. Jay Spiegel & Associates, P.C.

**P.O. Box 444  Mount Vernon, VA  22121-0444**
**Phone: (703) 619-0101 ● Fax: (703) 619-0110**

H. Jay Spiegel & Associates, P.C. was founded in 1988 to provide skilled legal representation at reasonable cost to clients in the fields of Patent, Trademark & Copyright law. The firm is AV rated by Martindale-Hubbell. Services provided range from patentability, infringement, validity and trademark registrability opinions to preparation, filing and prosecution of patent, trademark and copyright applications to litigation and litigation support including appellate briefing and argument.

The firm's client base is quite diverse including corporations of all sizes, foreign and domestic law firms and individuals.

Patent Applications are prepared and prosecuted in diverse technologies including but not limited to medical-surgical devices, ceramics, electrical systems and general mechanical technologies. In the rare event that we are unable to handle a particular technology "in house", over the years, we have compiled a list of referring attorneys who share our philosophy and meet our standards of quality and pricing.

**About H. Jay Spiegel**

**Premium Products**

**JUMPSTART, Inc.**

**Resources & Links**

**Contact Info**

**Return to Top** ▲

Disclaimer

Copyright © 2000 H. Jay Spiegel & Associates, P.C.

About H. Jay Spiegel   Premium Products   JUMPSTART, Inc.   Resources & Links   Contact Info

# EXHIBIT 5



# H. Jay Spiegel & Associates, P.C.

**P.O. Box 11, Mount Vernon, VA 22121-0011**
**Phone: (703) 619-0101 • Fax: (703) 619-0110**          P-00341

## Welcome to the SPIEGELAW.COM® website

H. Jay Spiegel & Associates, P.C. was founded in 1988 to provide skilled legal representation at reasonable cost to clients in the fields of Patent, Trademark & Copyright law. The firm is AV rated by Martindale-Hubbell. Services provided range from patentability, infringement, validity and trademark registrability opinions to preparation, filing and prosecution of patent, trademark and copyright applications to litigation and litigation support including appellate briefing and argument.

The firm's client base is quite diverse including corporations of all sizes, foreign and domestic law firms and individuals.

Patent Applications are prepared and prosecuted in diverse technologies including but not limited to medical-surgical devices, ceramics, electrical systems and general mechanical technologies. In the rare event that we are unable to handle a particular technology "in house", over the years, we have compiled a list of referring attorneys who share our philosophy and meet our standards of quality and pricing.

**About H. Jay Spiegel**

**Premium Products**

**JUMPSTART, Inc.**

**Resources & Links**

**Contact Info**

**Video Links**

**Return to Top** ▲

Disclaimer

Copyright © 2002, 2004 H. Jay Spiegel & Associates, P.C.
All Rights Reserved

About H. Jay Spiegel   Premium Products   JUMPSTART, Inc.   Resources & Links   Contact Info

P-00342



# H. Jay Spiegel & Associates

**About H. Jay Spiegel**

**Premium Products**

**JUMPSTART, Inc.**

**Resources & Links**

**Contact Info**

**Home**

H. Jay Spiegel was born in Cleveland, Ohio. He received a Bachelor of Science Degree from the Cornell University College of Engineering in Ithaca, New York, in 1974, majoring in energy conversion. He received a Juris Doctor Degree in 1981 from the George Mason University School of Law.

Mr. Spiegel was employed as an Assistant Examiner and Primary Examiner in the U.S. Patent and Trademark Office from 1974 to 1982. Since 1982, he has been engaged in the private practice of law, specializing in the fields of patents, trademarks and copyrights.

He is a member of the Bars of the Commonwealth of Virginia (since 1981), and the District of Columbia (since 1986). He was admitted to the Patent Bar (Registration No. 30,722) in 1982. Mr. Spiegel is admitted before the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the District of Columbia, the Courts of Appeals for the Federal Circuit, the 2nd Circuit, the 4th Circuit, and the D.C. Circuit, and the U.S. Supreme Court. He is a member of the American Intellectual Property Law Association and the Licensing Executives Society.

Mr. Spiegel has been lead counsel in several intellectual property law litigations and has served as an expert witness in others. He has briefed and argued appeals before the Board of Patent Appeals & Interferences and the Trademark Trial and Appeal Board of the U.S. Patent & Trademark Office, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the District of Columbia, and the U.S. Court of Appeals for the 2nd Circuit. He co-wrote a Petition for Writ of Certiorari that was considered by the U.S. Supreme Court.

Mr. Spiegel was responsible for two recent reported decisions. In In re Shuttsco, Inc., reported at 54 U.S.P.Q. 2d 1055 (2000), the Trademark Trial and Appeal Board reversed the Examining Attorney and directed federal registration of the color orange for a snow removal hand tool. In Teddygram, Inc. v. Donna Boyce and The Vermont Teddy Bear Company, Inc. (VTB), reported at 53 U.S.P.Q. 2d 1804 (N.D.GA 2000), the Court held that Mr. Spiegel's client, VTB, had superior rights in the mark "TEDDYGRAM" everywhere in the United States, save for the state of Georgia by virtue of VTB's good faith

commencement of use in a region remote from Georgia and their continuous use thereafter. Mr. Spiegel was admitted *pro hac vice* in the U.S. District Court for the Northeastern District of Georgia.

Mr. Spiegel founded Premium Products, Inc., a corporation of Virginia, in 1985. Through May 11, 2004, Mr. Spiegel is listed as the inventor on 22 patents covering such diverse subjects as jewelry, noiseless candybar opening devices, pet whelping containers, football tees, footballs, and a mold designed to make a temporary football tee out of sand. Most of these patents are assigned to Premium Products, Inc. Other patents are pending.

Mr. Spiegel's GROUND ZERO football tee is used by every NFL team and has been used in the last seven SUPER BOWLS. Mr. Spiegel's five panel football was legalized for high school use by the National Federation of State High School Associations (NFHS) by virtue of the rule change in January, 2001. The rule change, eliminating the requirement that a football have four panels, was urged by Mr. Spiegel and was the first change in the specifications for a football since the year 1934. The football is licensed to Rawlings Sporting Goods, Inc. and is endorsed by Michael Vick, starting quarterback of the Atlanta Falcons.

Mr. Spiegel founded JUMP START, INC. to provide business consultations, particularly directed to creation of product names and slogans and corporate names as well as protecting them through registration of trademarks and service marks. JUMP START, INC. owns the registered Service Mark "JUMP START" which is used in association with performance of these services.

In the web site of the U.S. Patent and Trademark Office at WWW.USPTO.GOV, records are kept concerning patents and trademarks going back to the year 1976. In these records, from 1976 to date, Mr. Spiegel is mentioned over 1,400 times as one or more of the following: Assistant Patent Examiner, Primary Patent Examiner, Attorney of Record in an issued U.S. Patent, Attorney of Record in a pending Trademark or Service Mark application, Attorney of Record in a registered Trademark or Service Mark and/or inventor.

Through May 11, 2004, H. Jay Spiegel is listed in the Patent and Trademark Office Website on 378 patents as Assistant Examiner, on 105 patents as Primary Examiner, as legal representative on 449 patents, and as inventor on 22 patents. On the Trademark side, H. Jay Spiegel is listed as attorney-of-record in 485 applications and

P-00343

**Return to Top** ▲

registrations. It is easy to access these records
and review them on the Patent and Trademark                      P-00344
Office Website at WWW.USPTO.GOV. Please go to
"Resources & Links" page to view instructions.

In April 2004, Mr. Spiegel was inducted into the
Cleveland Heights High School Distinguished
Alumni Hall of Fame in recognition of his well-
known patented inventions and his civic activities
in Mount Vernon, VA and Washington, DC.  Of his
graduating class of over 1,000 students, he is only
the 4th to be so honored.  Out of over 50,000
graduates of this highly regarded high school, to
date, only 250 graduates have been inducted.

### H. Jay Spiegel's Resume

About H. Jay Spiegel   Premium Products   JUMPSTART, Inc.   Resources   Contact Info   Home



# H. Jay Spiegel & Associates

P-00345

**HELPFUL LINKS:**

American Bar Association - Section of Intellectual Property Law
http://www.abanet.org/intelprop/home.html

American Intellectual Property Law Association
http://www.aipla.com/

Federal Courts Home Page
http://www.uscourts.gov/

International Trademark Association
http://www.inta.org/

Law News Network
http://www.lawnewsnetwork.com/

Licensing Executives Society (LES)
http://www.usa-canada.les.org/

United States Court of Appeals for the Federal Circuit
http://www.law.emory.edu/fedcircuit/

United States Library of Congress Copyright Office
http://lcweb.loc.gov/copyright/

United States Patent Statutes
http://www4.law.cornell.edu/uscode/35/

United States Patent and Trademark Office
WWW.USPTO.GOV
Instructions

United States Supreme Court Cases
http://supct.law.cornell.edu/supct/index.html

United States Trademark Statutes
http://supct.law.cornell.edu/supct/index.html

**About H. Jay Spiegel**

**Premium Products**

**JUMPSTART, Inc.**

**Resources & Links**

**Contact Info**

**Home**

**Instructions:** To review the patents on which H. Jay Spiegel was Assistant Examiner, access the patent full text and image data base and its Boolean search. Term 1 should be "Spiegel" and Field 1 should be "Assistant Examiner". Term 2 should be "H" and Field 2 should be "Assistant Examiner". "Select years" should be "All years". To review the patents on which H. Jay Spiegel was Primary Examiner, use the following: Term 1: Spiegel; Field 1: Primary Examiner; Term 2: H; Field 2: Primary Examiner; Select years: All years. Concerning patents in which H. Jay Spiegel is inventor, use the following: Term 1: Spiegel; Field 1: Inventor Name; Term 2: Jay; Field 2: Inventor Name; Select years: All years. Concerning patents in which H. Jay Spiegel is attorney of record use the following: Term 1: Spiegel; Field 1: Attorney of Record; Term 2: H; Field 2: Attorney of Record; Select years: "All years". Concerning

Trademarks, go to the Trademark text and image database and its **Return to Top** 
Boolean search. The search terms are as follows: Select database:
Both; Term 1: Spiegel; Field 1: Attorney of Record; Term 2: Jay;
Field 2: Attorney of Record.

P-00346

About H. Jay Spiegel   Premium Products   JUMPSTART, Inc.   Resources   Contact Info   Home



# H. Jay Spiegel & Associates

P-00347

**H. Jay Spiegel & Associates, P.C.**
**Mailing Address:**
P.O. Box 11
Mount Vernon, Virginia 22121-0011

**Street Address** (for overnight courier deliveries):
8778 Thomas J Stockton Parkway
Alexandria, Virginia 22308

Phone: (703) 619-0101
Facsimile: (703) 619-0110

Email: HJS@SPIEGELAW.COM

**Contact Information for Tuf-Wear®**
**Street Address:**
1001 Industrial Ave.
North Platte, NE 69101

Phone: (308) 532-0187
Facsimile: (308) 532-9133

Email: TUFWEAR@NPONLINE.NET

**About H. Jay Spiegel**

**Premium Products**

**JUMPSTART, Inc.**

**Resources & Links**

**Contact Info**

**Home**

**Return to Top** ▲

About H. Jay Spiegel   Premium Products   JUMPSTART, Inc.   Resources   Contact Info   Home